## ANONYMOUS.

The *Stat.* 1829, *ch.* 444, *sec.* 1, inflicting, in certain cases, an addition of twenty five *per cent.* to the costs recovered against a defendant appellant, does not apply to cases brought up by demurrer to the plea, with the usual reservations of leave to waive the pleadings in this court.

In this case the question arose whether the twenty five *per cent.* to be added to the plaintiff's costs, by *Stat.* 1829, *ch.* 444, *sec.* 1, in certain cases brought up by the defendant by appeal, applied to cases brought up by appeal from judgments rendered upon demurrer.

And THE COURT held that in cases of demurrer to the declaration, where the defendant appealed, and the damages recovered in the court below were not reduced, the twenty five *per cent.* was to be added to the plaintiff's costs since the appeal ; for the demurrer was the act of the defendant, which the plaintiff could not control. But where the defendant pleaded, with the usual reservation of liberty to waive the plea, and plead anew in this court; to which the plaintiff, consenting to the reservation, demurred, for the purpose of bringing up the cause by mutual agreement, without the expense of a trial in the court below, the plaintiff must be considered as waiving his right to the penalty imposed by the statute in restraint of groundless and dilatory appeals.